UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAJUANA POE, PATRICE JOHNSON, and TINA BLAND, | ) ) ) FILED: AUGUST 12, 2008 |
| Plaintiffs, | )    08CV4567 ) ) JUDGE ANDERSEN |
| v. | ) MAGISTRATE JUDGE BROWN )    NF |
| MICHAEL S. GREIG SYSTEMS TRANSPORT, INC., MICHAEL P. DELANO and AUTO PRO EXPRESS, INC., | ) ) ) ) |
| Defendants. | ) ) |
| MICHAEL P. DELANO and AUTO PRO EXPRESS, INC., | ) ) ) |
| Third-Party Plaintiffs, | ) Formerly Case No. 07-L-7596, Circuit ) Court of Cook County, Illinois ) |
| v. | ) ) |
| JOHN D. McCARTER, | ) ) |
| Third-Party Defendant. | ) ) |
| SYSTEMS TRANSPORT, INC., | ) ) |
| Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| JOHN D. McCARTER, | ) ) |
| Third-Party Defendant. | ) ) |

**<u>NOTICE OF FILING</u>**

PLEASE TAKE NOTICE that on August 12, 2008, the UNITED STATES, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, filed a

Notice of Removal of a Civil Action in the above entitled action, a copy of which is submitted herewith.

          Respectfully submitted,

          PATRICK J. FITZGERALD
          United States Attorney

          By: s/ Harpreet K. Chahal
             HARPREET K.CHAHAL
             Assistant United States Attorney
             219 South Dearborn Street
             Chicago, Illinois 60604
             (312) 353-1996
             harpreet.chahal@usdoj.gov