UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAJUANA POE, PATRICE JOHNSON, and TINA BLAND, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MICHAEL S. GREIG SYSTEMS TRANSPORT, INC., MICHAEL P. DELANO and AUTO PRO EXPRESS, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| MICHAEL P. DELANO and AUTO PRO EXPRESS, INC., | ) ) ) | |
| | ) | No. 08 CV 4567 |
| Third-Party Plaintiffs, | ) ) | |
| v. | ) ) | Judge Andersen |
| JOHN D. McCARTER, | ) ) | |
| Third-Party Defendant. | ) ) | |
| SYSTEMS TRANSPORT, INC., | ) ) | |
| Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| JOHN D. McCARTER, | ) ) | |
| Third-Party Defendant. | ) ) | |

**NOTICE OF MOTION**

TO:   ALL ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Thursday, September 4, 2008, at 9:00 a.m., I will appear before Judge Andersen in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the attached Motion, at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Harpreet K. Chahal
HARPREET K. CHAHAL
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-1996
harpreet.chahal@usdoj.gov